IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RUPERT TOVAR, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| | § | CIVIL ACTION NO. 5:15-cv-00355 |
| | § | |
| LUNA CAR CENTER, LLC and | § | JURY DEMANDED |
| SOHAIL MOHAMMED | § | |
| | § | |
| Defendants. | § | |

**PROPOSED ORDER ON DEFENDANTS' MOTION TO DISMISS
UNDER RULE 12(b)(6)**

## PROPOSED ORDER

On this _____ day of _____, 2015 came to be considered Defendant's Defendants' Motion to Dismiss under Rule 12(b)(6).

After considering the arguments of counsel for the respective parties, it is hereby **ORDERED** that Defendants' Motion to Dismiss under Rule 12(b)(6) be **DENIED** in full.

SIGNED ON THIS _____ DAY OF _____ 2015.

_____
HONORABLE UNITED STATES DISTRICT JUDGE